IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11379
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES DONOVAN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-062-Y
- - - - - - - - - -
July 17, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:*

James Donovan appeals his conviction for conspiracy to transport a certain alien within the United States in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). He argues that the evidence was insufficient to support his conviction. We have reviewed the record and find no reversible error. See United States v. Alix, 86 F.3d 429, 435 (5th Cir. 1996).

AFFIRMED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.